NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MARIO SOLAR,                                    )
a/k/a MARIO OSCAR SOLAR,                        )
                                               )
       Appellant,                             )
                                               )
v.                                             )      Case No. 2D19-690
                                               )
STATE OF FLORIDA,                              )
                                               )
       Appellee.                              )
_____)

Opinion filed September 18, 2020.

Appeal from the Circuit Court for Manatee
County; Lon Arend, Judge.

Howard L. Dimmig, II, Public Defender, and
Maureen E. Surber, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


       Affirmed.


VILLANTI, LaROSE, and MORRIS, JJ., Concur.